# MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/13/2025

COVER LETTER

Tyrone Woolaston
Reg. No. 85369-054
FCI Fort Dix - Camp
P.O. Box 2000
Joint Base MDL, NJ 08640

May 6, 2025

Clerk of Court
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Motion Under Fed. R. Civ. P. 60(b)(3) – 23-CV-9153 (RWL); 18-CR-212 (RJS)

Dear Clerk,

Enclosed please find a Motion under Rule 60(b)(3) to vacate judgment in the above-captioned matter, along with a Certificate of Service. Please file the motion in the civil docket and provide notice to the United States Attorney.

Respectfully,

/s/ Tyrone Woolaston

Tyrone Woolaston

Application DENIED. The rule Mr. Woolaston cites is not applicable to criminal judgments. If Mr. Woolaston wishes to challenge his conviction, he must move to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Because Mr. Woolaston has already filed a motion pursuant to 28 U.S.C. § 2255, if he wishes to file a second motion, he must first obtain certification from the Court of Appeals. *See* 28 U.S.C. § 2255(h).

The Clerk of the Court is respectfully directed to mail a copy of this Order and the May 21, 2025, Order to Mr. Woolaston and to note mailing on the docket.

SO ORDERED.

6/13/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE